UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

        Plaintiff,        Case no. **11-11311**

-vs-

        HONORABLE: **JOHN CORBETT O'MEARA**

**FREDDIE GOSS,**

        Defendant,
and

**THE FRED CHRISTEN & SONS COMPANY,**

        Garnishee**. /**

_____

## **GARNISHEE ORDER**

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and the Garnishee filed an answer on **August 14, 2017**, stating that at the time of the service of the Writ he/she had in his/her possession, or under control personal property belonging to and due Defendant.

On **July 31, 2017,** the Defendant was notified of his/her right to a hearing and **has not** requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay **25% of disposable income weekly** to

the U.S. Department of Justice.

Date: August 25, 2017                             s/John Corbett O'Meara
                                                  United States District Judge