**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
            Plaintiff,         CASE NO. 11-11311

-vs-                                   HON. JOHN CORBETT O'MEARA

FREDDIE GOSS,
            Defendant.
_____/

## SATISFACTION OF JUDGMENT

TO:  CLERK OF THE COURT

    This is to certify that the judgment entered in this case on May 10, 2011, in favor of plaintiff and against defendant, FREDDIE GOSS, in the amount of $13,159.35 has been satisfied in full.

    I certify under penalty of perjury that the foregoing is true and correct.

                                              Respectfully submitted,

                                              MATTHEW SCHNEIDER
                                              United States Attorney

                              By:    s/JACQUELINE M. HOTZ
                                       Assistant U.S. Attorney
                                       211 W. Fort St., Ste. 2001
                                       Detroit, Michigan 48226
                                       Phone: (313) 226-9108
                                       E-mail: Jackie.Hotz@usdoj.gov
July 5, 2018                          MI Bar No. P35219

## CERTIFICATION OF SERVICE

      I hereby certify that on July 5, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

      I further certify that Merima Biogradlija, Document Management Technician, assigned to the Financial Litigation Unit of the U.S. Attorney's Office, has placed the foregoing document in a postage paid envelope and placed said envelope in the United States mail addressed to the following non-ECF participants:

Freddie Goss, 14240 Linnhurst St, Detroit, Michigan  48205-2814

      s/JACQUELINE M. HOTZ
      Assistant U.S. Attorney
      211 W. Fort St.,  Ste. 2001
      Detroit, Michigan 48226
      Phone: (313) 226-9108
      E-mail: Jackie.Hotz@usdoj.gov
      MI Bar No. P35219